*Frederick De Peyster adm'r. &c.* v. *Margaret Clendining et al.* E. H. Owen, for complainant; D. Ullman, J. F. Marbury, J. Wallis, W. Hogan, and C. W. Sandford, for defendants. Cause decided upon the petition of the complainant, and under the reservation contained in the decree, for further directions in relation to the execution of the trust, upon the new questions arising upon the death of the widow.

*In the matter of James Giles, a lunatic.* J. Rhoades, for J. Giles ; E. Graves, for petitioner. Issues directed to be framed to try the question as to the soundness of mind of the alleged lunatic at the time of the inquisition, and for one year previous thereto ; provided the petitioner will, within twenty days, consent to join in the issue, and to be bound thereby, and to pay the costs, if any ; and shall give his own bond in the penalty of $400 conditioned to obey such order as may be made by the court in the premises

*Joseph M. Bishop* v. *Isaac W. Thompson et al.* I. W. Bishop, for complainant ; J. Holmes, for defendants. Motion for receiver denied with costs, and injunction dissolved, with $8 costs.

*Bathsheba Avery* v. *John Avery et al.* S. S. Gardiner, for complainant ; G. Miller, for sureties of receiver. Reference directed to master S. L. Griffin to appoint a new receiver in the place of E. H. Luce, and the master directed to pass the account of the former receiver.

*Simeon De Witt Bloodgood* v. *Nelson Randall et al.* (4 cases.) Complainant declared entitled to conveyances upon paying the amount directed to be paid to the prior incumbrancers and the master's fees and expenses. If such amount is not paid within twenty days a resale directed.